# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MCLOED | * | CASE NO.  07-5645 |
| VS. NO. | * | SECTION N |
| CONTINENTAL CREDIT ASSOCIATION, INC. | * | MAGISTRATE 3 |

_____

## ORDER ON MOTION TO DISMISS

_____

Considering the Motion to Dismiss filed by plaintiff Bryan McLoed:

**IT IS ORDERED** that plaintiff's claims and the defendant Continental Credit Association in the above-captioned matter be dismissed, with prejudice.

New Orleans, Louisiana this __18th__ day of _____March_____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT